IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 17-1658 (CFC) |
| MOTOROLA MOBILITY, LLC, | ) ) ) |
| Defendant. | ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 8 of the First Amended Scheduling Order (Dkt. 46), Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "Plaintiffs") and Defendant Motorola Mobility, LLC ("Motorola"), hereby submit this joint claim construction chart for the asserted claims of U.S. Patent No. 6,161,134 ("the '134 Patent").

As identified in Table 1, the parties have identified the terms that require construction, and have set forth their respective proposed constructions of each term, and citations to intrinsic evidence in support of their respective constructions. In addition to the intrinsic evidence specifically identified in Table 1, the parties each reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by the other parties during the claim construction briefing. Each party further reserves the right to rely on any intrinsic evidence identified by the other parties. The parties also reserve their rights to rely on extrinsic evidence.

Motorola contends that several claim terms, as laid out in Table 1, are indefinite. Motorola provides the proposed claim constructions below in the alternative and does not concede that the claim language is not indefinite.

Copies of the '134 Patent and all intrinsic evidence relied upon by the parties are attached as follows:

| | |
|---|---|
| Exhibit A: | U.S. Patent No. 6,161,134 |
| Exhibit B: | U.S. Application No. 09/451,388 |
| Exhibit C: | Amendment/Response dated December 18, 2007 from the file history of U.S. Application No. 11/371,213 |
| Exhibit D: | Amendment/Response dated June 30, 2004 from the file history of U.S. Application No. 09/639,713 |

<table>
<tr><td>

O'KELLY ERNST & JOYCE, LLC

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (#4349)
901 N. Market Street, Suite 1000
Wilmington, DE  19801
(302) 778-4000
sokelly@oelegal.com

*Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.*

OF COUNSEL:

Paul J. Hayes
James J. Foster
Kevin Gannon
Aaron S. Jacobs
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA  02110
(617) 456-8000

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jtigan@mnat.com

*Attorneys for Defendant Motorola Mobility, LLC*

OF COUNSEL:

Martha Jahn Snyder
Anthony A. Tomaselli
Kristin Graham Noel
Carly S. Conway
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI  53703
(608) 251-5000

Louis A. Klapp
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

</td></tr>
</table>

December 3, 2018

**Table 1**

| Asserted Claim(s) | Claim Term | Plaintiffs' Proposed Construction | Motorola's Proposed Construction |
|---|---|---|---|
| 1, 11, 15, 24, 27, and 28 | "telephone" | Plain meaning | a voice communication device that is not a portable computer<br><br>**Intrinsic Evidence:**<br><br>**'134 Patent** (Ex. A): 1:54-57; 10:8-18; 19:56-65; 27:36-41; Classifications (*see* H04M3/42272)<br><br>**U.S. Application No. 09/451,388** (Ex. B): Title; 4:20-28; 6:3-5; 7:2-6<br><br>**File history of U.S. App. 11/371,213, Dec. 18, 2007 Amendment/Response** (Ex. C): pp. 3, 6 |
| 1, 11, 15, 24, 27, and 28 | "telephone operating parameter data" | data used to configure the portable computer to perform telephony functions with the telephone. | *indefinite*<br><br>*to the extent not indefinite,* an identification corresponding to the portable computer, user |

| Asserted Claim(s) | Claim Term | Plaintiffs' Proposed Construction | Motorola's Proposed Construction |
|---|---|---|---|
| | | *See* '134 Patent at 3:27-56, 4:23-27 | access parameters, and user characteristics<br><br>**Intrinsic Evidence:**<br><br>**'134 Patent** (Ex. A): 1:54-57; 2:6-19; 4:25-27; 3:37-45; 5:8-28; 8:65-9:5; 12:63-13:3; 13:4-19; 16:50-55 18:11-16; 18:30-34; 19:66-20:8; 37:20-27; 37:37-39; 42:20-39; claims 13, 16, 17, 18, 32<br><br>**File history of U.S. App 09/639,713, June 30, 2004 Amendment/Response** (Ex. D): pp. 4-5 |
| 1, 11, 15, 24, 27, and 28 | "the portable computer exchanging the telephone operating parameter data and the operating capabilities with the telephone" | Plain meaning | *indefinite*<br><br>*to the extent not indefinite,* the portable computer sends the telephone operating parameter data to the telephone and the telephone sends the portable computer the telephone |

2

| Asserted Claim(s) | Claim Term | Plaintiffs' Proposed Construction | Motorola's Proposed Construction |
|---|---|---|---|
| | | | operating capabilities<br><br>**Intrinsic Evidence:**<br><br>**'134 Patent** (Ex. A): 8:65-9:5; 9:5-9; Tables 1 & 2 |
| 1, 11, 15, 24, 27, and 28 | "establishing telephone operating parameters for the communications session" | Plain meaning | *defined by the claim, i.e.,* providing options and features for the communication session<br><br>**Intrinsic Evidence:**<br><br>**'134 Patent** (Ex. A): 3:33–37; 12:59-63; 16:50–65; 42:20–39; claim 1 |
| 24 | "initializing the portable computer and the telephone" | Plain meaning | *indefinite*<br><br>*to the extent not indefinite, defined by the claim, i.e.,* performing the exchanging and establishing steps<br><br>**Intrinsic Evidence:**<br><br>**'134 Patent** (Ex. A): |

3

| Asserted Claim(s) | Claim Term | Plaintiffs' Proposed Construction | Motorola's Proposed Construction |
|---|---|---|---|
| | | | 8:65-9:10; 16:8-13; 38:35-47; claim 24 |