IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br>  Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY, LLC, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br> C.A. No. 17-1658 (CFC) <br><br> JURY TRIAL DEMANDED |

**DEFENDANT MOTOROLA MOBILITY, LLC'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Rule 12(b)(1), Defendant Motorola Mobility, LLC ("Motorola") moves the Court to dismiss the Amended Complaint for Patent Infringement (D.I. 10) of Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "Plaintiffs") for lack of subject matter jurisdiction. As explained in the accompanying brief, the requested relief should be granted because Plaintiffs lacked constitutional standing at the time the Original Complaint (D.I. 1) was filed.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Jeremy A. Tigan*

                                              Jack B. Blumenfeld (#1014)
                                              Karen Jacobs (#2881)
                                              Jeremy A. Tigan (#5239)
                                              1201 North Market Street
OF COUNSEL:                              P.O. Box 1347
                                              Wilmington, DE 19899
Martha Jahn Snyder                (302) 658-9200
Carly S. Conway                    jblumenfeld@mnat.com
Bryce A. Loken                     kjacobs@mnat.com
QUARLES & BRADY LLP        jtigan@mnat.com
33 East Main Street, Suite 900
Madison, WI  53703                *Attorneys for Defendant*
(608) 251-5000                       *Motorola Mobility, LLC*

Louis A. Klapp
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Tel: (312) 715-2712


December 26, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 26, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Sean T. O'Kelly, Esquire<br>O'KELLY ERNST & JOYCE, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Hayes, Esquire<br>Kevin Gannon, Esquire<br>James J. Foster, Esquire<br>Aaron Jacobs, Esquire<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA  02110<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)