IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY, LLC, <br><br> Defendant. | C.A. No. 17-1658 (CFC) <br><br> **REDACTED - PUBLIC VERSION** |

**DECLARATION OF CARLY S. CONWAY IN SUPPORT OF MOTOROLA MOBILITY, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

I, Carly S. Conway, hereby declare:

1. I am an attorney at Quarles & Brady LLP. I represent Defendant, Motorola Mobility, LLC ("Motorola") in this matter. I submit this declaration in support of Motorola's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) ("Motorola's Motion").

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Discovery in this case opened on June 19, 2018, after the parties held their conference pursuant to Fed. R. Civ. P. 26(f). On July 30, 2018, Motorola served interrogatories and requests for production seeking discovery on ownership of the various rights and interests in the patent-in-suit.

4. On September 4, 2018, in a separate litigation in which Plaintiffs asserted the patent-in-suit, among others, against Apple, Inc., *Uniloc USA, Inc. et al. v. Apple Inc.*, Case No.

3:18-cv-00360-WHA (N.D. Cal.) (the "Apple Litigation"), the court in that case ordered Uniloc to produce to Apple, by September 11, all documents regarding the ownership of the patent-in-suit. (*See* Ex. T, below). Yet, Uniloc failed to reproduce that document production to Motorola, or to otherwise produce documents relevant to Plaintiffs' transfer of rights to the patent-in-suit and responsive to Motorola's discovery requests.

5. On September 27, 2018, Plaintiffs sought Motorola's consent to file an unopposed motion to join Uniloc 2017 as an additional plaintiff in this suit. As Plaintiffs had not provided sufficient information for Motorola to evaluate the impact of Plaintiffs' motion, Motorola requested documents and information responsive to its pending discovery requests.

6. On October 19, 2018, Uniloc produced just five documents, including the public assignment of the patent-in-suit from Uniloc Lux to Uniloc 2017, and Uniloc 2017's subsequent licensing activity. In a letter to Plaintiffs' counsel on October 26, 2018, Motorola reiterated its demand that Plaintiffs produce all materials regarding the transfer of ownership or interests in the patents, including those they had been ordered to produce to Apple—the same materials Motorola had requested months earlier in discovery. (*See* Ex. R, below).

7. ███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████.

8. On November 27, 2018, without meeting and conferring with Motorola as required under Local Rule 7.1.1, Plaintiffs attempted to file a motion to substitute Uniloc 2017. Plaintiffs subsequently withdrew the motion.

9. On November 28, 2018, during a meet and confer about the instant motion, Plaintiffs refused a direct request for production of new agreements further transferring rights to the patent-in-suit, which had been executed on November 16, 2018. Finally, on December 4, 2018, after additional prodding from Motorola, Plaintiffs produced the November 16 agreements.

10. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365. Upon receiving permission from counsel for Uniloc on November 13, 2018, I received this document from counsel for Apple, Inc. ("Apple") as an exhibit to Apple's Motion to Dismiss in *Uniloc USA, Inc. et al., v. Apple Inc.*, Dkt. 135, Case No. 3:18-cv-00360-WHA (N.D. Cal., filed Oct. 25, 2018) (the "Apple Litigation").

11. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The complete document is Bates-stamped UNILOC_MOTO_1658_003873 to UNILOC_MOTO_1658_003880.

12. ████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████   The complete document is Bates-stamped UNILOC_MOTO_1658_003772 to UNILOC_MOTO_1658_003872.

13.   ██████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████

14.   ██████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████

15.   ██████████████████████████████

██████████████████████████████████████

██████████████████████   The complete document is Bates-stamped UNILOC_MOTO_1658_003715 to UNILOC_MOTO_1658_003771.

16.   ██████████████████████████████

██████████████████████████████████████

██████████████████████████████   The complete document is Bates-stamped UNILOC_MOTO_1658_002642 to UNILOC_MOTO_1658_002668.

17. Attached hereto as Exhibit H is an excerpted true and correct copy of the final written decision regarding U.S. 6,857,067, issued by the Patent Trial and Appeal Board in Case No. IPR2013-00391 on December 3, 2014 (Paper 38).

18. Attached hereto as Exhibit I is an excerpted true and correct copy of Defendants' Motion to Dismiss Plaintiffs' Complaint Under Rule 12(b)(6) for Failure to Allege Infringement of a Patentable Claim Under 35 U.S.C. § 101, *Uniloc USA, Inc., et al., v. EMDS, Inc.*, No. 6:14-cv-00625-RWS, (E.D. Tex. Sept. 30, 2014), ECF No. 73.

19. ██████████████████████████████████████████████████ The complete document is Bates-stamped UNILOC_MOTO_1658_003203 to UNILOC_MOTO_1658_003206.

20. ██████████████████████████████████████████████████ The complete document is Bates-stamped UNILOC_MOTO_1658_004053 to UNILOC_MOTO_1658_004067.

21. ██████████████████████████████████████████████████ Upon receiving permission from counsel for Uniloc on November 13, 2018, I received this document from counsel for Apple as an exhibit to Apple's Motion to Dismiss in the "Apple Litigation".

22. ██████████████████████████████████████████████████

███████████████████████████████ The complete document is Bates-stamped UNILOC_APPLE_2017_16349 to UNILOC_APPLE_2017_16649. Upon receiving permission from counsel for Uniloc on November 13, 2018, I received this document from counsel for Apple as an exhibit to Apple's Motion to Dismiss in the "Apple Litigation".

23. Attached hereto as Exhibit N is an excerpted true and correct copy of the Patent Assignment between Uniloc Luxembourg S.A. and Uniloc 2017 LLC, dated May 3, 2018, retrieved from the website of the United States Patent and Trademark Office on August 8, 2018.

24. Attached hereto as Exhibit O is a true and correct copy of Plaintiffs' Fed. R. Civ. P. 26 Initial Disclosures, served on July 11, 2018.

25. Attached hereto as Exhibit P is a true and correct copy of Plaintiffs' Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery, served on August 28, 2018.

26. Attached hereto as Exhibit Q is a true and correct copy of Plaintiffs' Responses to Motorola's First Set of Interrogatories and Requests for Production of Documents, served on September 5, 2018.

27. Attached hereto as Exhibit R is a true and correct copy of my letter to Plaintiffs' counsel, Aaron Jacobs, dated October 26, 2018, addressing deficiencies in Plaintiffs' discovery disclosures.

28. Attached hereto as Exhibit S is a true and correct copy of Plaintiffs' counsel, Aaron Jacobs's letter response, dated November 2, 2018, to my letter addressing deficiencies in Plaintiffs' discovery disclosures.

29. Attached hereto as Exhibit T is an excerpted true and correct copy of the rough transcript of the September 4, 2018 hearing.

30. Attached hereto as Appendix A is a timeline and summary of the division of rights amongst the various Uniloc entities at the time the above-captioned case was filed.

31. Attached hereto as Appendix B is a list of Uniloc patents (1) held invalid, (2) challenged as invalid, or (3) asserted but not challenged or held invalid, each as of May 15, 2017 as filed by Apple in support of its Motion to Dismiss, and not contested by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2018.

*/s/ Carly S. Conway*
Carly S. Conway