IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    C.A. No. 17-1658 (CFC) <br> ) |
| MOTOROLA MOBILITY, LLC, | ) <br> ) |
| Defendant. | ) |

**MOTOROLA MOBILITY, LLC'S MOTION TO STAY PENDING
RESOLUTION OF MOTION TO SUBSTITUTE AND MOTION TO DISMISS**

Defendant Motorola Mobility, LLC ("Motorola"), by and through its counsel, respectfully moves the Court to stay this litigation pending the resolution of Motorola's Motion to Dismiss Uniloc's Amended Complaint (D.I. 56–58), and Plaintiffs' Motion to Substitute Uniloc 2017 LLC as Plaintiff (D.I. 50). As explained in the accompanying brief, the requested relief should be granted to avoid unnecessary burden on the Court and the parties.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Martha Jahn Snyder
Anthony A. Tomaselli
Kristin Graham Noel
Carly S. Conway
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI  53703
(608) 251-5000

Louis A. Klapp
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

January 7, 2019

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jtigan@mnat.com

*Attorneys for Defendant
Motorola Mobility, LLC*

2

## RULE 7.1.1 CERTIFICATE

Pursuant to D. Del. LR 7.1.1, the undersigned hereby certifies that lead and Delaware counsel for Defendant conferred with lead and Delaware counsel for Plaintiffs via telephone and Plaintiffs oppose this motion.

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 7, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sean T. O'Kelly, Esquire<br>O'KELLY ERNST & JOYCE, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Hayes, Esquire<br>Kevin Gannon, Esquire<br>James J. Foster, Esquire<br>Aaron Jacobs, Esquire<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA  02110<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)