## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

─────

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
302 351 9106
jtigan@mnat.com

Original Filing Date: November 11, 2020
Redacted Filing Date: November 12, 2020

**BY E-FILING**                     **REDACTED - PUBLIC VERSION**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

RE:     *Uniloc USA, Inc. and Uniloc Luxembourg, S.A., v.
Motorola Mobility LLC*, C.A. No. 17-1658 (CFC)

Dear Judge Connolly:

On October 27, the Court issued an order requesting input regarding specific standing questions. (D.I. 100.) In their response (D.I. 103), Plaintiffs raised a new argument not previously presented in the parties' briefing on standing. Because Plaintiffs' argument is (a) newly raised, (b) unsupported by fact, and (c) unsupported by citation to legal authority, Motorola Mobility LLC respectfully requests permission to file the attached abbreviated response.

Pursuant to D. Del. LR 7.1.1, lead and Delaware counsel for Plaintiffs and Motorola conferred via telephone earlier today. Plaintiffs oppose Motorola's request to respond to the new argument.

Respectfully,

Jeremy A. Tigan (#5239)

JAT/rah
cc:     Clerk of Court (by hand delivery)
        All Counsel of Record (by e-mail)