# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
302 351 9106
jtigan@mnat.com

December 6, 2020

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

> RE:  *Uniloc USA, Inc. and Uniloc Luxembourg, S.A., v. Motorola Mobility LLC*, C.A. No. 17-1658 (CFC)

Dear Judge Connolly:

On December 11, 2018, Plaintiffs, Uniloc Luxembourg, S.A. and Uniloc USA, Inc., filed a Motion to Substitute Uniloc 2017 as Plaintiff. (D.I. 50). Shortly thereafter, Defendant, Motorola Mobility LLC ("Motorola"), filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction based on Plaintiffs' lack of constitutional standing at the time suit was filed on November 15, 2017. (D.I. 56).  Pursuant to D. Del. LR 7.1.2(b), Motorola files this notice of subsequent authority relevant to its Motion.

On Friday, December 4, 2020, Judge Alsup of the Northern District of California granted a pending Motion to Dismiss for Lack of Standing by Apple, Inc., and denied Uniloc Luxembourg's and Uniloc USA's Motion to Join Uniloc 2017 because "[Plaintiffs'] patent licensing scheme divested them of exclusionary rights and, thus, of Article III standing." A copy of that opinion is enclosed herewith for the Court's reference (Ex. 1).

Although not binding on this Court, as the parties have previewed in the past, Apple's motions, and thus Judge Alsup's Order, are based on roughly the same set of facts as Motorola's pending Motion to Dismiss. This particular Order was entered in a case on a different patent, but it was likewise one of those that Uniloc Luxembourg received from Hewlett-Packard on May 16, 2017. (D.I. 56, Ex. K at UNILOC_MOTO_1658_4064).

The Honorable Colm F. Connolly
December 6, 2020
Page 2

                                          Respectfully,

                                          Jeremy A. Tigan (#5239)

JAT/rs
cc:    Clerk of Court (by hand delivery)
        All Counsel of Record (by e-mail)