IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., : : : Plaintiffs, : : v. : : MOTOROLA MOBILITY, LLC, : : Defendant. : : | Civil Action No. 17-1658-CFC |

## ORDER

At Wilmington this Thirtieth day of December in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant Motorola Mobility, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction (D.I. 56) is GRANTED and the Court of the Clerk is directed to CLOSE the case.

          _____
          COLM F. CONNOLLY,
          UNITED STATES DISTRICT JUDGE