## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:17-cv-01658-CFC |

## ENCLOSURE TO PLAINTIFFS' LETTER DATED MARCH 12, 2021

Dated: March 12, 2021

OF COUNSEL:

James J. Foster
Kevin Gannon
Paul J. Hayes
Aaron Jacobs
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

Sean T. O'Kelly (No. 4349)
**O'KELLY & O'ROURKE, LLC**
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com

*Counsel for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.*

| Original Filing | Original D.I. No. | Document Title | Original Status | Revised Filing | Revised D.I No. | Revised Status | New Status |
|---|---|---|---|---|---|---|---|
| 12/26/2018 (Motorola) | 57 | [SEALED] Opening Brief in Support re 56 MOTION to Dismiss | Sealed | 7/2/2020 | 91 | Redacted | Unsealed |
| 12/26/2018 (Motorola) | 58 | [SEALED] Declaration re 57 Opening Brief | Sealed | *No change* | | | Unsealed |
| 12/26/2018 (Motorola) | 58-1 | Exhibit A | Sealed | 7/2/2020 | 92 | Redacted | Revised redactions: Just licensing info |
| | 58-1 | Exhibit B | Sealed | 7/9/2020 | 97 | Unsealed | *No change* |
| | 58-1 | Exhibit C | Sealed | 7/2/2020 | 92-1 | Redacted | Revised redactions: Just uncited pages |
| 12/26/2018 (Motorola) | 58-2 | Exhibit D | Sealed | 7/2/2020 | 92-2 | Redacted | Revised redactions: Just uncited pages |
| | 58-2 | Exhibit E | Sealed | 7/2/2020 | 92-3 | Redacted | Revised redactions: Just uncited pages |
| | 58-2 | Exhibit F | Sealed | 7/9/2020 | 97 | Redacted | *No change* |
| | 58-2 | Exhibit G | Sealed | 7/2/2020 | 92-4 | Redacted | Revised redactions: Just uncited pages |
| | 58-2 | Exhibit H | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit I | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit J | Sealed | 7/9/2020 | 97 | Unsealed | *No change* |
| | 58-2 | Exhibit K | Sealed | 7/9/2020 | 97 | Redacted | *No change* |
| | 58-2 | Exhibit L | Sealed | 7/9/2020 | 97 | Unsealed | *No change* |
| | 58-2 | Exhibit M | Sealed | 7/9/2020 | 97 | Unsealed | *No change* |
| | 58-2 | Exhibit N | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit O | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit P | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit Q | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit R | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit S | Unsealed | *No change* | | | Filed |
| | 58-2 | Exhibit T | Unsealed | *No change* | | | Filed |
| 12/26/2018 (Motorola) | 58-3 | Appendix A-B | Sealed | 7/9/2020 | 97 | Unsealed | *No change* |
| 12/26/2018 (Motorola) | 59 | [SEALED] Answering Brief in Opposition re 50 | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |

| Original Filing | Original D.I. No. | Document Title | Original Status | Revised Filing | Revised D.I No. | Revised Status | New Status |
|---|---|---|---|---|---|---|---|
| | | MOTION to Substitute Party | | | | | |
| 1/9/2019 (Uniloc) | 67 | [SEALED] Answering Brief in Opposition re 56 MOTION to Dismiss | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |
| 1/9/2019 (Uniloc) | 67-1 | Declaration of James Foster | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |
| 1/9/2019 (Uniloc) | 67-2 | Declaration of James Palmer | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |
| 1/9/2019 (Uniloc) | 67-3 | Exhibit A to Palmer Declaration | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |
| 1/16/2019 (Motorola) | 68 | [SEALED] Reply Brief re 56 MOTION to Dismiss | Sealed | 7/2/2020 | 93 | Redacted | Revised redactions: Just licensing info |
| 1/16/2019 (Motorola) | 69 | [SEALED] Declaration of Carly Conway re 68 Reply Brief | Sealed | *No change* | | | Redacted: Just licensing info |
| 1/16/2019 (Motorola) | 69-1 | Exhibit U | Sealed | 7/9/2020 | 98 | Unsealed | *No change* |
| 1/16/2019 (Motorola) | 69-1 | Exhibit V | Sealed | 7/2/2020 | 94 | Redacted | *No change* |
| | 69-1 | Exhibit W | Unsealed | *No change* | | | Filed |
| | 69-1 | Exhibit X | Unsealed | *No change* | | | Filed |
| 1/22/2019 (Uniloc) | 72 | [SEALED] Answering Brief in Opposition to 64 MOTION to Stay Pending Resolution of Motion to Substitute and Motion to Dismiss | Sealed | 7/9/2020 | 99 | Unsealed | *No change* |
| 1/22/2019 (Uniloc) | 72-1 | Exhibit A | Sealed | 7/2/2020 | 95 | Redacted | Unsealed |
| 1/29/2019 (Motorola) | 73 | [SEALED] Reply Brief re 64 MOTION to Stay | Sealed | 7/2/2020 | 96 | Redacted | Revised redactions: Just licensing info |
| 1/29/2019 (Motorola) | 74 | [SEALED] Declaration re 73 Reply Brief | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |
| 1/29/2019 (Motorola) | 74-1 | Exhibits 1-2 | Sealed | 7/9/2020 | Replaced original | Unsealed | *No change* |