IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-1658 (CFC) |
| MOTOROLA MOBILITY, LLC, | ) ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) | |

### DECLARATION OF CARLY S. CONWAY IN SUPPORT OF MOTOROLA MOBILITY, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I, Carly S. Conway, hereby declare:

1. I am an attorney at Quarles & Brady LLP. I represent Defendant, Motorola Mobility, LLC ("Motorola") in this matter. I submit this declaration in support of the reply brief in support of Motorola's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1).

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Attached hereto as Exhibit U is an excerpted true and correct copy of the Conformed Revenue Sharing and Note and Warrant Purchase Agreement between Uniloc USA, Inc., Uniloc Luxembourg S.A., Uniloc Corporation PTY Limited, D/A Investment Holdings LLC, and Fortress Credit Co. LLC, dated December 30, 2014, as amended February 24, 2015; May 27, 2016; and May 15, 2017. (*See* D.I. 58, Ex. E, Turner Dep., 28:25–29:23). The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to

UNILOC_APPLE_2017_18365.  Upon receiving permission from counsel for Uniloc on November 13, 2018, I received this document from counsel for Apple as an exhibit to Apple's Reply in support of its Motion to Dismiss in a separate litigation in which Plaintiffs asserted the patent-in-suit, among others, against Apple, Inc., *Uniloc USA, Inc. et al. v. Apple Inc.*, Case No. 3:18-cv-00360-WHA (N.D. Cal.) (the "Apple Litigation").

4.     Attached hereto as Exhibit V is an excerpted true and correct copy of the document produced by Plaintiffs to Apple, entitled Settlement and License Agreement between Microsoft Corporation and Uniloc Australia Pty. Ltd., Uniloc U.S.A., Inc., Uniloc Singapore Private Limited and Uniloc Luxembourg S.A., dated March 3, 2012.  The complete document is Bates-stamped UNILOC_2017_APPLE-ET_003415 to UNILOC_2017_APPLE-ET_003434.  Upon receiving permission from counsel for Uniloc on November 13, 2018, I received this document from counsel for Apple as an exhibit to Apple's Reply in support of its Motion to Dismiss in the Apple Litigation.

5.     Attached hereto as Exhibit W are excerpts of a true and correct copy of the Petition for *Inter Partes* Review of U.S. Patent No. 5,490,216, excluding attachments, filed September 8, 2014, *Sega of America, Inc., et al. v. Uniloc USA, Inc., et al.*, Case IPR2014-01453 (P.T.A.B.), Paper No. 1.

6.     Attached hereto as Exhibit X are excerpts of a true and correct copy of the Petition for *Inter Partes* Review of U.S. Patent No. 5,490,216, excluding attachments, filed October 28, 2014, *Kaspersky Lab, Inc. v. Uniloc USA, Inc., et al.*, Case IPR2015-00178 (P.T.A.B.), Paper No. 1.

7.     Counsel for Apple calculated the amount of ▮▮▮▮▮▮▮ for licensing revenue generated as of December 31, 2014 by adding up the license amounts for all licenses dated prior

2

to December 31, 2014 that are listed in Schedule 4.5(a) of the Revenue Sharing Agreement (*see* Apple Litigation, D.I. 147, Winnard Decl., ¶ 9), attached as Exhibit A to my Declaration in Support of Motorola's Motion to Dismiss (D.I. 58), and I confirmed this calculation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2019.

*/s/ Carly S. Conway*
Carly S. Conway

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 16, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sean T. O'Kelly, Esquire<br>O'KELLY ERNST & JOYCE, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Hayes, Esquire<br>Kevin Gannon, Esquire<br>James J. Foster, Esquire<br>Aaron Jacobs, Esquire<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA  02110<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                          */s/ Jeremy A. Tigan*
                                          Jeremy A. Tigan (#5239)