# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**

*Plaintiffs-Appellants*

v.

**MOTOROLA MOBILITY LLC,**

*Defendant-Appellee*

---

2021-1555

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01658-CFC, Chief Judge Colm F. Connolly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered November 4, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 12, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court