# United States Court of Appeals for the Federal Circuit

_____

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

v.

**MOTOROLA MOBILITY LLC,**
*Defendant-Appellee*

_____

2021-1555

_____

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01658-CFC, Chief Judge Colm F. Connolly.

-------------------------------------------------

**UNILOC 2017 LLC,**
*Plaintiff-Appellant*

v.

**BLACKBOARD INC.,**
*Defendant-Appellee*

_____

2021-1795

_____

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00665-CFC, Chief Judge Colm F. Connolly.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

|  | FOR THE COURT |
|---|---|
| <u>November 4, 2022</u><br>Date | /s/ Peter R. Marksteiner<br>Peter R. Marksteiner<br>Clerk of Court |